648

October 14, 1930.

Passmore, Appellant, vs. Jennings and others, Respondents.

For the appellant: *Bloodgood, Kemper & Passmore*, attorneys, and *Eric Wm. Passmore* of counsel, all of Milwaukee.

For the respondents: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.

Dollhausen, Appellant, vs. Femrite, Respondent.

For the appellant: *Riley & Ohm* of Madison.

For the respondent: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.

Trachte, Respondent, vs. Oestreich, Appellant.

For the appellant: *R. W. Lueck* of Watertown.

For the respondent: *Kading & Kading* of Watertown.

*By the Court.*—Order affirmed.